UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY LEE MOURNING,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>NEIL McDOWELL, Warden, et al.,<br><br>　　　　　　　　　　　Respondents. | Case No.: 20cv0786 WQH (NLS)<br><br>**ORDER REGARDING PETITIONER'S LETTER**<br><br>**[ECF No. 10]** |

Before the Court is a letter submitted by Petitioner Jeffrey Lee Mourning. ECF No. 10. In the letter, Petitioner states that he requested copies of "[his] amended petition to comply with your honor's May 5, 2020 order requiring a response to petition, e.g. ¶ 7." *Id*. at 1. He states that is request for copies has been ignored and that this will deny him an opportunity to litigate his case. *Id*. He further states that "I'm not going to take for granted that my amended pleading will be accepted if I send it." *Id*.

First, the Court notes that nothing in its May 5, 2020 Order requires any response from Petitioner at this time—the deadline for Respondents to file their answer or motion to dismiss has not yet passed, so there is nothing for Petitioner to respond to at this time. However, the Court understands the letter to be stating that Petitioner perhaps wishes to file an amended petition and does not want to file it without a copy first because he is afraid that the Court will not accept it if he files it. The Court will generally liberally

accept filings from *pro se* Petitioners as it has in the past. However, the Court cautions Petitioner that to be properly considered, should he wish to file an amended petition, he needs to comply with the Federal Rules and seek leave of court if required.

**IT IS SO ORDERED.**

Dated: July 1, 2020

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge