UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY LEE MOURNING,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>NEIL MCDOWELL, Warden, et. al.,<br><br>　　　　　　　　Respondents. | Case No.:  3:20-cv-00786-WQH-NLS<br><br>**ORDER** |

HAYES, Judge:

　　The matter before the Court is the Report and Recommendation issued by the Magistrate Judge (ECF No. 20).

　　The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the report . . . to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). The district court need not review de novo those portions of a Report and Recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("Neither the

1  Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo,
2  findings and recommendations that the parties themselves accept as correct.").
3      The record reflects that no objections have been filed by either party.  The Court has
4  reviewed the Report and Recommendation, the record, and the submissions of the parties.
5      IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 20) is
6  ADOPTED in its entirety.  IT IS FURTHER ORDERED that the Petition for Writ of
7  Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by Petitioner Jeffery Lee Mourning
8  (ECF No. 1) is DENIED.  The Clerk of the Court shall enter judgment in favor of
9  Respondents and against Petitioner.

Dated:  December 21, 2020

Hon. William Q. Hayes
United States District Court